IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00337-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CRYSTAL ALETHEA EASTER (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court modify its sentence. (Doc. No. 613).

The defendant seeks an order terminating her custodial sentence on September 8, 2018, the date she becomes eligible for home confinement. Title 18, United States Code, Section 3624(c) allows the Bureau of Prisons (BOP) to place a prisoner in pre-release custody under conditions, including home confinement, for the last portion of her sentence in preparation for re-entry into the community. The Second Chance Act of 2007, among other things, expanded the allowable time period for pre-release custody from six to twelve months, but limits the time in home confinement to six months. Pub. L. No. 110-199, § 251, 122 Stat. 657, 692-93 (2008).

Although the Court appreciates the defendant's apparent good behavior in custody and her desire to reenter the community, it lacks the authority to grant the requested relief because these circumstances are not grounds for a sentence reduction by this Court. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 613) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshal.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge